The PHONOGRAPH COMPANY, Plaintiff-Appellee, v. The CAPEHART, Incorporated, Defendant-Appellant.

No. 6670.

Circuit Court of Appeals, Seventh Circuit. Oct. 12, 1938.

Ralph G. Lockwood, of Indianapolis, Ind., for appellant.

Stebbins, Blenko & Parmelee, of Pittsburgh, Pa., for appellee.

Before ALSCHULER, Circuit Judge.

ALSCHULER, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated between the appellant and appellee in the above-entitled appeal that said appeal may, with the approval of the Court, be dismissed."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs, pursuant to the foregoing stipulation.

■

Dudley POTTER, Appellant, v. The UNION CENTRAL LIFE INSURANCE COMPANY and Daniel Searles, Appellees.

No. 8002.

Circuit Court of Appeals, Sixth Circuit. March 16, 1939.

Elmer McClain, of Lima, Ohio, for appellant.

Bowman & Hanna, of Bowling Green, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that appellant failed to file exceptions to the master's report within the period prescribed by Rule 13 of the Bankruptcy Rules of the District Court for the Northern District of Ohio, it is ordered that the motion of appellees be sustained and the appeal be dismissed.

■

PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, v. Rosalie BRENNAN.

No. 11221.

Circuit Court of Appeals, Eighth Circuit. Oct. 24, 1938.

R. E. LaDriere and Joseph R. Long, both of St. Louis, Mo., for appellant.

H. E. Grossenheider and Raymond J. Lahey, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed, with prejudice, at appellant's costs, per stipulation of parties.